IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 1 8 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| DARRELL LYNN MILLER, | ) |
| Plaintiff, | ) |
| -v- | ) No. 07-677-SCW |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

## Verdict Form

On Count I (Reasonable Accommodation), we the jury, find in favor of _Plaintiff Darrell Miller_.

(Plaintiff Darrell Miller OR Illinois Department of Transportation)

Assess damages only if you found for the Plaintiff:

We award the plaintiff compensatory damages in the amount of $ _13,500.00_.

OR

We find in favor of plaintiff but find that plaintiff has failed to prove compensatory damages. We award nominal damages in the amount of one dollar ($1.00) (Check here) ____.

On Count II, (Discrimination by keeping on leave status), we the jury, find in favor of _Plaintiff Darrell Miller_.

(Plaintiff Darrell Miller OR Illinois Department of Transportation)

Assess damages only if you found for the Plaintiff:

We award the plaintiff compensatory damages in the amount of $ _13,500.00_.

OR

      We find in favor of plaintiff but find that plaintiff has failed to prove compensatory damages. We award nominal damages in the amount of one dollar ($1.00) (Check here) \_\_\_\_.

      On Count III, (Discrimination by termination), we the jury, find in favor of

__Illinois Department of Transportation.__

(Plaintiff Darrell Miller OR Illinois Department of Transportation)

      Assess damages only if you found for the Plaintiff:

      We award the plaintiff compensatory damages in the amount of $_____.

OR

      We find in favor of plaintiff but find that plaintiff has failed to prove compensatory damages. We award nominal damages in the amount of one dollar ($1.00) (Check here) \_\_\_\_.

