IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARRELL LYNN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. 07-677-SCW |
| | ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# AMENDED JUDGMENT IN A CIVIL CASE

This case came before this Court for jury trial and bench trial. The issues have been tried and the jury has rendered its verdict (Doc.124). The Court has also made its finding as to Count IV as well as claims for equitable relief. (Docs. 128 & 135).

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **DARRELL LYNN MILLER** on Count I in the amount of thirteen thousand five hundred dollars ($13,500.00) in compensatory damages and Count II in the amount of thirteen thousand five hundred dollars ($13,500.00) in compensatory damages. A judgment on equitable relief on Counts I & II is entered in favor of Plaintiff **DARRELL LYNN MILLER** an amount of fifteen thousand eight hundred thirty six dollars and sixty cents ($15,836.60). A total monetary judgment of forty-two thousand eight hundred thirty-six dollars and sixty cents ($42,836.60) is therefore entered in favor of Plaintiff **DARRELL LYNN MILLER** and against Defendant **ILLINOIS DEPARTMENT OF TRANSPORTATION.** Judgment in the form of restoration

of ten (10) vacation days, forty-three (43) sick days, and four and a half (4.5) personal days is also entered in favor of Plaintiff **DARRELL LYNN MILLER** and against Defendant **ILLINOIS DEPARTMENT OF TRANSPORTATION.** Judgment is entered in favor of Defendant **ILLINOIS DEPARTMENT OF TRANSPORTATION** on Counts III and IV and against Plaintiff **DARRELL LYNN MILLER.**

**DATED** this 20th day of September, 2013

                                                      NANCY J. ROSENSTENGEL

                                                      BY: **S/ Angela Vehlewald**
                                                             Deputy Clerk

**Approved by**    **S/ Stephen C. Williams**
                    **United States Magistrate Judge**
                          **Stephen C. Williams**